## IN THE UNITED STATES DISTRICT COURT DISTRICT FOR THE EASTERN DISTRICT OF ARKANSAS

**WHITNEY KOHL JOHN GUNTER JR,
JOAN GRACE HARLEY, CHRIS
SEVIER**

### V.

**ASA HUTCHINSON, in his official
capacity as Governor of Arkansas,
LESLIE RUTLEDGE, in her capacity as
Attorney General, MARGARET
DARTER, in her official capacity as the
Clerk of Faulkner County**

Case No: 3:17-CV-177-NBB-RP

**COMPLAINT FOR INJUNCTIVE
RELIEF**

*Defendants*

## MOTION FOR ECF FILING

NOW COMES, Plaintiff Gunter Jr., a state and federal lobbyist, seeking ECF filing access in set

with the local rules  The truth is the Plaintiff - although pro se - is more than capable of using

ECF.  Countless other courts have authorized the Plaintiff to have ECF filing access because it

accords with common sense and actual justice. Not all pro se litigants are created equal.

Plaintiff Gunter is a Technology expert. Plaintiff Gunter has ECF filing access in all of the other

cases he is involved in for good cause. Plaintiff  Gunter has these items:

1. personal computer running a standard platform;

 2. word processing software for creating pleadings and software use to convert pleadings to

PDF;

3. PDF reading software used to read documents converted to PDF;

4. An email account and Internet service for sending and receiving emails;

5. Internet browser that is compatible with CM/ECF;

6. A PACER account with PACER login and password;

7. A document scanner. As a condition to obtaining an ECF login and password, Plaintiff Sevier understands and agrees to the following:

a. That he is required to maintain and keep the aforementioned systems in working order;

b. That he may only file electronic documents in the above referenced matter;

c. That the clerk's office will terminate his ECF Registration should an attorney subsequently file an appearance on his behalf in the above captioned case;

d. That the court may terminate his ECF Registration at any time for failure to comply with any of the above conditions of other conditions stated in the ECF Registration Form.

WHEREFORE, Plaintiff Gunter respectfully requests that his motion be granted.

/s/John Gunter Jr./
SPECIAL FORCES OF LIBERTY
(801) 654-5973
1220 E 2100 S,
Salt Lake City, UT 84106
johnpolygamyloveislove@gmail.com

 **M Gmail**

Chris Severe <ghostwarsmusic@gmail.com>

---

## Fwd: Registration to file in ~~Case No. 17-cv-1750~~ and Case No. 17-cv-1666.

---

john lee gunter jr <johnpolygamyloveislove@gmail.com>           Tue, Aug 15, 2017 at 12:03 PM
To: Chris Severe <ghostwarsmusic@gmail.com>

---------- Forwarded message ----------
From: <cod_attyreg@cod.uscourts.gov>
Date: Tue, Aug 15, 2017 at 8:25 AM
Subject: Registration to file in Case No. 17-cv-1750 and Case No. 17-cv-1666.
To: johnpolygamyloveislove@gmail.com

PLEASE DO NOT RESPOND TO THIS E-MAIL
     AS IT IS AN UN-MONITORED ACCOUNT

You are now registered to file electronically in the U.S. District Court
for the District of Colorado in Case No. 17-cv-1750 and Case No.
17-cv-1666.

Important Notice: As a registered CM/ECF filer, you are now required to
file all permissible pleadings or documents electronically through your
CM/ECF account. You may no longer file pleadings or documents in paper
unless required to by statute or the local rules of the court.

LOGIN AND PASSWORDS:

Your login is: 

Your password is as you requested in your registration. You can reset your
password from a link on the CM/ECF Filer or PACER login page, but only if
you have your login. If you forget your login, you will need to contact the
ECF Help Desk at 303-335-2050, toll free at 866-365-6381. Requests to
obtain your login will not be accepted from anyone but you. A more detailed
set of instructions is available in the Electronic Case Filing User Manual,
available at www.cod.uscourts.gov.

E-MAIL ADDRESSES AND NOTICING:
     The e-mail addresses listed in your registration have been placed in
your ECF account. All Notices of Electronic Filing (NEFs) will be sent to
these e-mail addresses.

     Please be advised that D.C.COLO.LCivR 5.2D, D.C.COLO.LCivR 10.1M,
D.C.COLO.LCrR 49.2D, D.C.COLO.LCrR 49.3M and Electronic Case Filing
Procedures, Section 4.5 require a party permitted to file electronically,
whose e-mail address changes, to change their e-mail address in ECF and to
file a notice with the court of any change of e-mail address within 5 days.
However, it is suggested that the e-mail address be changed as soon as
possible. This will help ensure you promptly receive important information
on the filings in your cases and to keep them from being returned to the
Court as undeliverable.

     To change your e-mail address or add additional e-mail addresses at
which you may receive notices please see the ECF User Manual for further
instructions or contact the ECF Help Desk at 303-335-2050, toll free
866-365-6381 or via e-mail at cod_cmecf@cod.uscourts.gov.

NOTICES OF FILING:
     All Notices of Electronic Filing (NEFs) of entries made by the court,
counsel and pro se individuals who are also registered to file
electronically will be sent via the Court's electronic filing system.

     You are currently set to receive a notice of each filing, rather than
a Daily Summary Report, and the notices will be in HTML format. If you
wish to alter these settings, you may do so. Please refer to the ECF User
Manual for instructions.

     Please also note that electronic mail spam filtering software may
interfere with receipt of the NEF. Verify that any such software installed
on your computer or network will not filter out messages sent from:
cod_enotice@cod.uscourts.gov.

ELECTRONIC CASE FILING PROCEDURES:
     Please check our website at www.cod.uscourts.gov for the most current
Electronic Case Filing Procedures and the ECF User Manual.

REMINDER:
     Upon closure of the case for which access is granted (and the
expiration of all appeal periods), the account will be deactivated.

     PLEASE DO NOT RESPOND TO THIS E-MAIL
     AS IT IS AN UN-MONITORED ACCOUNT

--
God bless,

John Gunter jr.
Contact: 615-500-4411

**RECEIVED**

AUG 3 0 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name: John Gunter
Address: 1220 S 2100 S
Salt Lake City UT 84106
Phone Number: 801 654 5973
E-mail Address: johnpolygamyloveislove@gmail.com
Pro Se

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

CV 17 5046

| | |
|---|---|
| Sever et. al | Case Number: _____ |
| | **[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING** |
| Plaintiff, | |
| vs. | DATE: |
| Brown et. al. | TIME: |
| | COURTROOM: |
| | JUDGE: |
| Defendant. | |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: 9/5/17

_____
United States District ~~Magistrate~~ Judge