**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**JOHN GUNTER JR, WHITNEY KOHL,
JOAN GRACE HARLEY, CHRIS SEVIER**                        **PLAINTIFFS**

**v.**                                                                   **CIVIL ACTION NO.: 3:17CV177-NBB-RP**

**PHIL BRYANT, in Governor of Mississippi,
JIM HOOD, in his official capacity as Attorney
General of Mississippi, MELINDA NOWICKI,
in her official capacity as Circuit Clerk of
Pontotoc County Mississippi**                                   **DEFENDANTS**

## ORDER DENYING MOTION FOR ECF FILING

Plaintiffs Chris Sevier and John Gunter, Jr.[1] seek ECF filing access. Docket 4, 5. Sevier and Gunter assert that they have been allowed to file electronically via ECF in other federal courts and should be allowed to do so in this case to ensure judicial economy. *Id.*

The Administrative Procedures for Electronic Case Filing control who may participate in electronic filing. Section 1(B) of the Administrative Procedures dictates that:

> The system permits attorneys to file documents with the court from any location over the Internet. While all parties, including those proceeding pro se, may register with PACER to receive "read only" accounts, **only registered attorneys, as officers of the court, are permitted to file electronically.** Pro Se (Non-Prisoner) parties may consent to receive documents electronically. [Form 6].

Neither Sevier nor Gunter are attorneys authorized to practice in this court. Therefore, the Motions for ECF Filing are DENIED.

---

[1] The Motion for ECF Filing filed by John Gunter, Jr. contains the heading from another case. However, the court considered the motion as if it were properly drafted with the correct case heading.

**SO ORDERED**, this, the 20th day of September, 2017.

          /s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE