IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JOHN GUNTER, JR.,
WHITNEY KOHL,
JOAN GRACE HARLEY, AND
CHRIS SEVIER                                                              PLAINTIFFS

V.                                              CIVIL ACTION NO. 3:17CV177-NBB-RP

PHIL BRYANT, GOVERNOR OF
MISSISSIPPI; ATTORNEY GENERAL
JIM HOOD, in his official capacity as
Attorney General of Mississippi; and
MELINDA NOWICKI, in her official
capacity as Circuit Clerk of Pontotoc
County, Mississippi                                                       DEFENDANTS

## <u>ORDER</u>

In accordance with the memorandum opinion issued this day, it is **ORDERED AND
AJUDGED** that the defendants' motion to dismiss amended complaint is **GRANTED**, and this
case is dismissed and closed.

This, the 1st day of August, 2018.


 /s/ Neal Biggers_____
NEAL B. BIGGERS, JR.
UNITED STATES DISTRICT JUDGE